UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: SUAREZ, BRIAN J. | § Case No. 12-82007 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 12/03/2012 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

      Dated: 11/01/2012      By: /s/MEGAN G. HEEG
                                                                      Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: SUAREZ, BRIAN J. | § | Case No. 12-82007 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 7,000.00 |
| and approved disbursements of | $ 100.00 |
| leaving a balance on hand of [1] | $ 6,900.00 |
| **Balance on hand:** | $ 6,900.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | Advantage One Credit Union | 22,000.00 | 0.00 | 0.00 | 0.00 |
| 4S-2 | Advantage One Credit Union | 22,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,900.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,450.00 | 0.00 | 1,450.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 2,013.75 | 0.00 | 2,013.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 18.00 | 0.00 | 18.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,481.75 |
| Remaining balance: | $ 3,418.25 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   3,418.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Midwest Orthopaedic Institute | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   3,418.25

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,338.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Midwest Orthopaedic Institute | 21,036.40 | 0.00 | 2,156.88 |
| 2 | GE Capital Retail Bank | 1,097.73 | 0.00 | 112.55 |
| 3 | CGH Health Centers, Ltd. | 255.44 | 0.00 | 26.19 |
| 4U | Advantage One Credit Union | 0.00 | 0.00 | 0.00 |
| 4U-2 | Advantage One Credit Union | 10,949.15 | 0.00 | 1,122.63 |

Total to be paid for timely general unsecured claims:   $   3,418.25
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 12-82007-MB
Brian J. Suarez                                                 Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2            Date Rcvd: Nov 13, 2012
                              Form ID: pdf006            Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2012.
```
db           +Brian J. Suarez,    22420 Pigeon Road,    Morrison, IL 61270-9240
18936460     +Advanced Radiology, S.C.,    615 Valley View Drive,    Ste. 202,    Moline, IL 61265-6180
18936461     +Advantage One Credit Union,    204 N. Jackson Street,    Morrison, IL 61270-3039
19420371     +CGH Health Centers, Ltd.,    RRCA Accounts Management, Inc.,    201 E. Third Street,
               Sterling, IL 61081-3611
18936462     +CGH Medical Center,    100 E. LeFevre Road,    Sterling, IL 61081-1279
18936459      Gregory F Schott,    205 Thrid Avenue,    Sterling, IL  61081
18936464     +Louis Pignatelli,    Attorney At Law,    102 E. Route 30,    Rock Falls, IL 61071-3090
18936465     +Midwest Orthopaedic Institute,    2111 Midlands Court,    Sycamore, IL 60178-3125
18936466     +Morrison Community Hospital,    303 N. Jackson Street,    Morrison, IL 61270-3099
18936467     +Sterling Rock Falls Clinic,    101 E.Miller Road,    Sterling, IL 61081-1294
18936458     +Suarez Brian J,    22420 Pigeon Road,    Morrison, IL 61270-9240
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19305076      E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2012 05:19:38     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18936463     +E-mail/Text: dfrancisco@kishhospital.org Nov 14 2012 06:14:13      Kishwaukee Community Hospital,
               One Kish Hospital Drive,    Dekalb, IL 60115-9602
                                                                                             TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2012**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 2 of 2                  Date Rcvd: Nov 13, 2012
                              Form ID: pdf006            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2012 at the address(es) listed below:
    Gregory F Schott  on behalf of Debtor Brian Suarez schottlaw1@sbcglobal.net
    Megan G Heeg  on behalf of Trustee Megan Heeg heeg@egbbl.com, IL55@ecfcbis.com
    Megan G Heeg  heeg@egblc.com, IL55@ecfcbis.com
    Patrick S Layng  USTPRegion11.MD.ECF@usdoj.gov
    Trent L Bush  on behalf of Creditor  Advantage One Credit Union bush@wmpj.com,
     teresa@wmpj.com;amber@wmpj.com
                                             TOTAL: 5