# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: SUAREZ, BRIAN J.   § Case No. 12-82007
§
§
Debtor(s)   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $11,475.00   Assets Exempt: $1,475.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,418.25   Claims Discharged Without Payment: $80,792.88

Total Expenses of Administration: $3,581.75

3) Total gross receipts of $ 7,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $44,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,581.75 | 3,581.75 | 3,581.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 288.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 77,494.81 | 43,999.87 | 33,338.72 | 3,418.25 |
| **TOTAL DISBURSEMENTS** | $77,494.81 | $91,869.62 | $36,920.47 | $7,000.00 |

4) This case was originally filed under Chapter 7 on May 21, 2012. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2013        By: /s/MEGAN G. HEEG
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Harley Davidson motorcycle | 1129-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | Advantage One Credit Union | 4110-000 | 0.00 | 22,000.00 | 0.00 | 0.00 |
| 4S-2 | Advantage One Credit Union | 4110-000 | N/A | 22,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$44,000.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,450.00 | 1,450.00 | 1,450.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,013.75 | 2,013.75 | 2,013.75 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 18.00 | 18.00 | 18.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $3,581.75 | $3,581.75 | $3,581.75 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Midwest Orthopaedic Institute | 5200-000 | N/A | 288.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $288.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Midwest Orthopaedic Institute | 7100-000 | 21,036.40 | 20,748.40 | 21,036.40 | 2,156.88 |
| 2 | GE Capital Retail Bank | 7100-000 | N/A | 1,097.73 | 1,097.73 | 112.55 |
| 3 | CGH Health Centers, Ltd. | 7100-000 | 5,586.00 | 255.44 | 255.44 | 26.19 |
| 4U | Advantage One Credit Union | 7100-000 | N/A | 10,949.15 | 0.00 | 0.00 |
| 4U-2 | Advantage One Credit Union | 7100-000 | N/A | 10,949.15 | 10,949.15 | 1,122.63 |
| NOTFILED | Louis Pignatelli Attorney At Law | 7100-000 | 351.28 | N/A | N/A | 0.00 |
| NOTFILED | Sterling Rock Falls Clinic | 7100-000 | 255.47 | N/A | N/A | 0.00 |
| NOTFILED | Morrison Community Hospital | 7100-000 | 3,452.42 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital One Kish Hospital | 7100-000 | 46,778.24 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Radiology, S.C. | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $77,494.81 | $43,999.87 | $33,338.72 | $3,418.25 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82007  
**Case Name:** SUAREZ, BRIAN J.  
**Period Ending:** 03/11/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/21/12 (f)  
**§341(a) Meeting Date:** 06/15/12  
**Claims Bar Date:** 09/18/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br>    Orig. Asset Memo: Orig. Description: Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Advantage Once Credit Unio<br>    Orig. Asset Memo: Orig. Description: Checking account with Advantage Once Credit Union certificates of deposit or in banks, savings and loan, building and loan, and associations, or credit brokerage houses, or | 350.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bed audio, video, and computer<br>    Orig. Asset Memo: Orig. Description: Bed audio, video, and computer | 75.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing<br>    Orig. Asset Memo: Orig. Description: Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | 410 shotgun<br>    Orig. Asset Memo: Orig. Description: 410 shotgun | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Bow & arrow<br>    Orig. Asset Memo: Orig. Description: Bow & arrow | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Hunting clothes<br>    Orig. Asset Memo: Orig. Description: Hunting clothes | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Possible claim against Derrick Hamstra of every<br>    Orig. Asset Memo: Orig. Description: Possible claim against Derrick Hamstra of every nature, including tax counterclaims of the debtor, value of each. | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | 2003 Dodge ram (140,000 miles)<br>    Orig. Asset Memo: Orig. Description: 2003 Dodge ram (140,000 miles) | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2005 Harley Davidson motorcycle<br>    Orig. Asset Memo: Orig. Description: 2005 Harley Davidson motorcycle  (See Footnote) | 12,000.00 | 7,000.00 | | 7,000.00 | FA |
| **10** | **Assets    Totals** (Excluding unknown values) | **$23,475.00** | **$7,000.00** | | **$7,000.00** | **$0.00** |

RE PROP# 10    secured creditor's lien attached post-filing. Creditor agreed to pay 7,000 in comp.

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-82007  
**Case Name:** SUAREZ, BRIAN J.

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/21/12 (f)  
**§341(a) Meeting Date:** 06/15/12

**Period Ending:** 03/11/13

**Claims Bar Date:** 09/18/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** October 30, 2012          **Current Projected Date Of Final Report (TFR):** November 13, 2012 (Actual)

Printed: 03/11/2013 04:03 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-82007  
**Case Name:** SUAREZ, BRIAN J.  
**Taxpayer ID #:** **-***5089  
**Period Ending:** 03/11/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****176665 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                     Printed: 03/11/2013 04:03 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-82007  
**Case Name:** SUAREZ, BRIAN J.  
**Taxpayer ID #:** **-***5089  
**Period Ending:** 03/11/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******93-65 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/12 | {10} | Advantage One Credit Union | 2005 Harley Davidson | 1129-000 | 7,000.00 | | 7,000.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,975.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,950.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,925.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,900.00 |
| 12/18/12 | 1001 | MEGAN G. HEEG | Dividend paid 100.00% on $1,450.00, Trustee Compensation;  Reference: | 2100-000 | | 1,450.00 | 5,450.00 |
| 12/18/12 | 1002 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,013.75, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,013.75 | 3,436.25 |
| 12/18/12 | 1003 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $18.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 18.00 | 3,418.25 |
| 12/18/12 | 1004 | Midwest Orthopaedic Institute | Dividend paid 10.25% on $21,036.40; Claim# 1U; Filed: $20,748.40; Reference: MEDICAL DEBT | 7100-000 | | 2,156.88 | 1,261.37 |
| 12/18/12 | 1005 | GE Capital Retail Bank | Dividend paid 10.25% on $1,097.73; Claim# 2; Filed: $1,097.73; Reference: | 7100-000 | | 112.55 | 1,148.82 |
| 12/18/12 | 1006 | CGH Health Centers, Ltd. | Dividend paid 10.25% on $255.44; Claim# 3; Filed: $255.44; Reference: MEDICAL DEBT | 7100-000 | | 26.19 | 1,122.63 |
| 12/18/12 | 1007 | Advantage One Credit Union | Dividend paid 10.25% on $10,949.15; Claim# 4U-2; Filed: $10,949.15; Reference: | 7100-000 | | 1,122.63 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,000.00 | 7,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 7,000.00 | 7,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $7,000.00 | $7,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****176665 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******93-65 | 7,000.00 | 7,000.00 | 0.00 |
| | $7,000.00 | $7,000.00 | $0.00 |

{} Asset reference(s)

Printed: 03/11/2013 04:03 PM    V.13.11